BALL LAW CORPORATION
JONATHAN BALL, SBN 264107
jb@ball-lawcorp.com
One Market, Spear Tower, 36th Fl.
San Francisco, CA 94105
Telephone:   (415) 349-0721
Facsimile:    (415) 520-6864

Attorneys for Plaintiff
iTALENT CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| iTALENT CORPORATION, | CASE NO. **4:14-cv-04558-YGR** |
| Plaintiff, | **PLAINTIFF'S MOTION AND [PROPOSED] ORDER FOR ADMINISTRATIVE RELIEF TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| iTALENT INC. dba iTALENT-DWISE, INC., | Date: January 26, 2015
Time: 2:00 p.m.
Judge: Hon. Yvonne Gonzalez Rogers |
| Defendant. | |

**IT IS SO ORDERED AS MODIFIED**
*Judge Yvonne Gonzalez Rogers*

Plaintiff iTALENT CORPORATION ("Plaintiff") respectfully requests that this Court reschedule the Initial Case Management Conference, currently set for January 26, 2015, to March 23, 2015 or the next available date convenient to the Court. Plaintiff makes this request because Plaintiff believes that Plaintiff and iTalent Inc. ("Defendant") are close to resolving this dispute outside of this Court and because, on account of the ongoing settlement discussions between the parties, Plaintiff has not yet served its Complaint upon Defendant.

Desiring to avoid unnecessarily taxing this Court's resources, Plaintiff has delayed serving its Complaint on Defendant in order to provide time for settlement discussions to

-1-

proceed before the Defendant is forced to file an Answer and before the parties engage in motion practice, discovery, and further litigation. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the deadline for Plaintiff to serve its Complaint on Defendant is 120 days after Plaintiff filed its Complaint. That deadline has not yet passed; in this case, that deadline is February 10, 2015. Plaintiff believes that it is likely that the parties will resolve their dispute before February 10, 2015, in which case a Case Management Conference will not be necessary.

If the parties do not resolve their dispute before February 10, 2015, then Plaintiff intends to serve the Defendant on or before the February 10 deadline, in which case scheduling the Case Management Conference for March 23, 2015, would allow sufficient time for the parties to prepare and file one or more Case Management Statements and otherwise to prepare for the Case Management Conference.

Accordingly, in order to avoid unnecessary use of the Court's resources, Plaintiff respectfully requests that the Court continue the conference until March 23, 2015 or the next available date convenient to the Court.

DATED: January 19, 2015          BALL LAW CORPORATION


                                 By: /s/ JONATHAN S. BALL
                                     JONATHAN S. BALL
                                     Attorneys455 for Plaintiff
                                     iTALENT CORPORATION


**[PROPOSED] ORDER**

**IT IS SO ORDERED.**  The case management conference shall be continued to March 30, 2015.

DATED: January 21, 2015          _____
                                 THE HON. YVONNE GONZALEZ ROGERS
                                 United States District Judge

-2-

Case No. 4:14-cv-04558-YGR:     PLAINTIFF'S MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE