BALL LAW CORPORATION
JONATHAN BALL, SBN 264107
jb@ball-lawcorp.com
One Market, Spear Tower, 36th Fl.
San Francisco, CA 94105
Telephone:   (415) 349-0721
Facsimile:   (415) 520-6864

Attorneys for Plaintiff
iTALENT CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| iTALENT CORPORATION,<br><br>               Plaintiff,<br><br>     v.<br><br>iTALENT INC. dba iTALENT-DWISE, INC.,<br><br>               Defendant. | CASE NO.  **4:14-cv-04558-YGR**<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Date:    June 8, 2015<br>Time:    2:00 p.m.<br>Judge:   Hon. Yvonne Gonzalez Rogers |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff iTalent Corporation hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against either party.

DATED: April 10, 2015                    BALL LAW CORPORATION


By: /s/ JONATHAN S. BALL
JONATHAN S. BALL
Attorneys for Plaintiff
iTALENT CORPORATION